UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUNNA DIEDLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INC.<br><br>Defendant. | Case No. 7:21-cv-10178-KMK |
| CAROL ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INC.<br><br>Defendant | Case No. 7:21-cv-10179-KMK |
| LORRAINE KENTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INC.<br><br>Defendant. | Case No. 7:21-cv-10180-KMK |
| PEDRO CARO RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INC.<br><br>Defendant. | Case No. 7:21-cv-10181-KMK |

| | |
|---|---|
| JAMES SANBORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INC.<br><br>Defendant. | Case No. 7:21-cv-10182-KMK |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Shaunna Diedling, Carol Anderson, Lorraine Kenter, Pedro Caro Rivera, and James Sanborn hereby dismiss the above-entitled action against defendant Mastercard Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 6, 2022

So Ordered.
[signature]
5/8/22

        s/ Arun G. Ravindran
Arun G. Ravindran

**HEDIN HALL LLP**
Frank Hedin*
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas Laughlin, IV
tlaughlin@scott-scott.com
Jonathan M. Zimmerman (*pro hac vice*)
jzimmerman@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

* *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiffs and the Putative Class*